

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

**MICHAEL VANUNU**
(516) 357-3337
michael.vanunu@rivkin.com

September 22, 2020

**VIA ECF**
Honorable Brian M. Cogan
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Government Employees Insurance Company et al v. Med Equipments Service, Inc. et al.
Civil Case No.: 1:20-cv-03396-BMC
Our File No. 5100-2748

Dear Judge Cogan:

I write further to my letter of September 17, 2020 and with the consent of counsel for Defendant, Emil Stracar, M.D. ("Dr. Stracar") to advise Your Honor that GEICO has reached a settlement in principle with Dr. Stracar. As Your Honor is aware, Clifton Burt, M.D., the other defendant in this matter, has defaulted and the clerk of the court entered his default on December 18, 2020. See ECF No. 23.

In light of the settlements reached with the Defendants who have appeared, GEICO and the responding Defendants would request that the Court adjourn the pending dates for thirty (30) days to permit the parties to memorialize the terms of the settlement in agreements to be executed by GEICO and these defendants.

The Court's time and consideration of this request is greatly appreciated.

    Respectfully submitted,

    RIVKIN RADLER LLP

    *s/ Michael Vanunu*
    Michael Vanunu

cc: All Counsel of Record (via ECF)